ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7025
FAX: (415) 436-7234
pamela.johann@usdoj.gov

Attorneys for Defendant XAVIER BECERRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>  Plaintiff,<br><br>  v.<br><br>XAVIER BECERRA,<br><br>  Defendant. | No. 23-cv-05925-LJC<br><br>**STIPULATION RE RESPONSE DATE; ORDER** |

Plaintiff Jane Doe, proceeding *pro se*, and Defendant Xavier Becerra, by and through its counsel, stipulate as follows:

1. On February 5, 2024, the parties submitted a stipulated request to continue Defendants' response date and the initial case management conference to provide time for the parties to explore a possible resolution of this matter without the need for Court intervention, and to allow time for Plaintiff to recover from a medical procedure. Dkt. No. 18,

2. The Court granted the parties' stipulation, as modified to allow for a non-public case management conference, on February 8, 2024. Dkt. No. 19. Pursuant to that order, Defendant's response is currently due June 3, 2024, and the parties are to submit a joint status report by June 13, 2024.

3. The parties have been engaging in productive discussions in an attempt to resolve the merits of Plaintiff's claims.  These discussions are ongoing, and the parties are optimistic that they will be successful in resolving the case.  The parties need additional time to complete this process, however, and for that reason they have agreed, subject to the Court's approval, that the deadline for Defendant's response to the amended complaint be continued 30 days, to July 3, 2024.  The parties will submit a status report on June 13, 2024 to report on the status of the meet and confer and, if necessary, request additional time to complete the process.

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

DATED:  June 3, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

         */s/ Pamela T. Johann*
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendant XAVIER BECERRA

DATED: June 3, 2024

JANE DOE

         */s/ Jane Doe*
JANE DOE

Plaintiff

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS SO ORDERED.  The deadline for Defendant to respond to the complaint shall be extended to July 3, 2024.

DATED: June 4, 2024

_____
THE HON. LISA J. CISNEROS
United States Magistrate Judge