ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7025
    FAX: (415) 436-7234
    pamela.johann@usdoj.gov

Attorneys for Defendant XAVIER BECERRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>  v.<br><br>XAVIER BECERRA,<br><br>    Defendant. | No. 23-cv-05925-LJC<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER** |

Plaintiff Jane Doe, proceeding *pro se*, and Defendant Xavier Becerra, by and through its counsel, report as follows:

1. On February 8, 2024, this Court entered an order continuing the Initial Case Management Conference to June 20, 2024. ECF No. 19. As part of that order, the Court directed the parties to provide a joint status report on the status of the parties' meet and confer by June 13, 2024.

2. The parties are continuing to meet and confer regarding the resolution of this case, and they believe that these discussions continue to be productive. They have not yet completed their discussions, however, and request additional time to complete the meet and confer process. The parties respectfully submit that this process may result in the resolution of this matter without the need for Court intervention and is the most efficient way to proceed to conserve the parties' and the court's resources.

3.     Accordingly, the parties stipulate, and respectfully request that the Court enter an order, to continue the Initial Case Management Conference, currently scheduled for June 20, 2024, an additional 60 days, to August 22, 2024, at 1:30 p.m.  Because Plaintiff is *pro se* and is proceeding in this action under a pseudonym to protect her identity from public disclosure (*see* ECF No. 14), the parties request that the Case Management Conference be conducted as a non-public hearing held via Zoom.

4.     If the matter is not resolved within the next 60 days, the parties will provide the Court with a joint status report by August 15, 2024, in which they will (1) report on the status of the parties' meet and confer; and either (2) request additional time to complete the meet and confer process, or (3) propose a schedule for the filing of the administrative record and a briefing and hearing schedule for cross-motions for summary judgment.  At that time, the parties may request a further continuance of the Case Management Conference or, if the need arises, request to appear at a Case Management Conference.

5.     This Court, pursuant to a stipulated request, previously continued the response date and the initial case management conference, ECF No. 19, and further extended Defendant's response date a second time, ECF No. 26.  All docket entries in this case prior to ECF No. 14 are sealed.  The parties are not aware of any other time modifications in this case, whether by stipulation or Court order.

IT IS SO STIPULATED

DATED:  June 13, 2024

Respectfully submitted,

ISMAIL J. RAMSEY  
United States Attorney

          */s/ Pamela T. Johann\**  
PAMELA T. JOHANN  
Assistant United States Attorney

Attorneys for Defendant UNITED STATES

DATED: June 14, 2024

JANE DOE

          */s/ Jane Doe*  
JANE DOE

Plaintiff

*\*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.*

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS SO ORDERED.

1. The Case Management Conference currently scheduled for June 20, 2024, shall be continued to August 22, 2024 at 1:30 p.m.  Because Plaintiff is *pro se* and is proceeding in this action under a pseudonym to protect her identity from public disclosure (*see* ECF No. 14), the Case Management Conference shall be a non-public hearing held via Zoom.  The Court shall use its non-public Zoom Meeting for the Case Management Conference, which can be accessed at https://www.cand.uscourts.gov/judges/lisa-j-cisneros-ljc/

2. The parties will provide the Court with a joint status report by August 15, 2024, in which they will (1) report on the status of the parties' meet and confer; and either (2) request additional time to complete the meet and confer process, or (3) propose a schedule for the filing of the administrative record and a briefing and hearing schedule for cross-motions for summary judgment.  At that time, the parties may request a further continuance of the Case Management Conference or, if the need arises, request to appear at a Case Management Conference.

DATED: June 14, 2024

THE HON. LISA J. CISNEROS
United States Magistrate Judge