ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7025
    FAX: (415) 436-7234
    pamela.johann@usdoj.gov

Attorneys for Defendant XAVIER BECERRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, <br><br>     Plaintiff, <br><br>     v. <br><br> XAVIER BECERRA, <br><br>     Defendant. | No. 23-cv-05925-LJC <br><br> **STIPULATION RE RESPONSE DATE;** <br> **[PROPOSED] ORDER** |

Plaintiff Jane Doe, proceeding *pro se*, and Defendant Xavier Becerra, by and through its counsel, stipulate as follows:

1.    On June 4, 2024, pursuant to the parties' stipulation, the Court extended the deadline for Defendant's response to the amended complaint by 30 days, to July 3, 2024.  Dkt. No. 26.

2.    The parties have been engaged in discussions in an attempt to resolve the merits of Plaintiff's claims.  Those discussions are nearing completion, and the parties anticipate that they will be in a position to decide whether they will need to continue to litigate this case shortly.  Subject to the Court's approval, the parties stipulate that the deadline for Defendant's response to the amended complaint shall be extended 14 days, to July 17, 2024.

    IT IS SO STIPULATED.

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

DATED: July 1, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

<u>          /s/ Pamela T. Johann          </u>
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendant XAVIER BECERRA

DATED: July 3, 2024

JANE DOE

<u>          /s/ Jane Doe          </u>
JANE DOE

Plaintiff

1 | **[PROPOSED] ORDER**

2 | Pursuant to the stipulation of the parties, and good cause appearing therefor, **IT IS SO**
3 | **ORDERED**.  The deadline for Defendant to respond to the complaint shall be extended to July 17,
4 | 2024.
5 | <u>DATED:</u> July 3, 2024

_____
THE HON. LISA J. CISNEROS
United States Magistrate Judge