1   ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2   MICHELLE LO (NYRN 4325163)
Chief, Civil Division
3   PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
4
450 Golden Gate Avenue, Box 36055
5   San Francisco, California 94102-3495
Telephone: (415) 436-7025
6   FAX: (415) 436-7234
pamela.johann@usdoj.gov
7
Attorneys for Defendant XAVIER BECERRA
8
9                   UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA
11                    SAN FRANCISCO DIVISION
12
13   JANE DOE,                              )   No. 23-cv-05925-LJC
                                            )
14          Plaintiff,                      )   **NOTICE OF SETTLEMENT AND
                                            )   STIPULATION RE RESPONSE DATE AND
15      v.                                  )   CASE MANAGEMENT CONFERENCE;
                                            )   [PROPOSED] ORDER AS MODIFIED**
16   XAVIER BECERRA,                        )
                                            )
17          Defendant.                      )
                                            )
18   _____)
19
20          Plaintiff Jane Doe, proceeding *pro se*, and Defendant Xavier Becerra, by and through its counsel,
21   hereby provide notice of settlement and stipulate as follows:
22          1.      On July 12, 2024, the parties reached a settlement in principle of this matter.  They are in
23   the process of reducing the settlement to a formal written agreement.
24          2.      Upon receipt of the settlement payment by Plaintiff, the parties will file a stipulated
25   dismissal with prejudice of this matter.
26          3.      In light of this settlement, the parties request that the deadline for Defendant's response
27   to the amended complaint, currently set for July 17, 2024, be continued 90 days, to October 15, 2024.
28          4.      In addition, an Initial Case Management Conference is currently scheduled for August

22, 2024, at 1:30 p.m., and a status report is due August 15, 2024.  Dkt. No. 28.  In light of the settlement, the parties request that the Court vacate the Initial Case Management Conference and the status report date.  In the event a dismissal has not been filed by October 15, 2024, the parties will file a joint status report to apprise the Court of the status of the settlement.

IT IS SO STIPULATED.

## ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

DATED:  July 15, 2024                                Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s/ Pamela T. Johann_____
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendant XAVIER BECERRA

DATED: July 15, 2024                                JANE DOE

_____/s/ Jane Doe_____
JANE DOE

Plaintiff

**[PROPOSED]** ORDER AS MODIFIED

Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS SO ORDERED.  The deadline for Defendant to respond to the complaint shall be extended to October 15, 2024.  In the event a dismissal has not been filed, by October 17, 2024, the parties are directed to file a joint status report to appraise the Court of the status of the settlement.  The Case Management Conference set for August 22, 2024 is continued to October 24, 2024, at 1:30 p.m., via Zoom videoconference.  vacated.  In the event a dismissal has not been filed by October 15, 2024, the parties are directed to file, no later than October 15, 2024, a joint status report to apprise the Court of the status of the settlement.

DATED: July 16, 2024

_____
THE HON. LISA J. CISNEROS
United States Magistrate Judge